**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.** **Case No. 21-20027 JAR/JPO**

**G'ANTE BUTLER,**
**ZARION BUTLER,**
**NADARIUS BARNES,**
**CHASE LEWIS,**
**and**
**DONNELL L. HALL,**

**Defendants.**

## MOTION TO UNSEAL CASE

The United States of America, by and through undersigned counsel, requests the Court for an order unsealing this case. With the arrest of a defendant in this case, the need for sealing is no longer present.

WHEREFORE, the United States respectfully requests that this case be unsealed.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney

*s/Trent M. Krug*
TRENT M. KRUG, # 19454
Assistant U.S. Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Tel. 913-551-6730
Fax. 913-551-6541
Trent.Krug@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on *, I provided this Motion via email to the clerk of the court for filing and uploading to the CM/ECF system, which will issue a Notice of Electronic Filing.

*s/Trent M. Krug*
TRENT M. KRUG
Assistant U.S. Attorney